U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 3 1 2018

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DERRICK GREATHOUSE** REG. # 12052-088 | : | DOCKET NO. 18-cv-0336 SECTION P |
| **VERSUS** | : | JUDGE DRELL |
| **UNITED STATES OF AMERICA** | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

After an independent determination of the issues and review of the record, and noting the lack of objections thereto, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that this petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 31st day of July, 2018.

**Judge Dee D Drell**
UNITED STATES DISTRICT COURT